Katherine Serrano*
FORESTER HAYNIE PLLC
400 N. St. Paul St., Ste. 700
Dallas, Texas 75201
T: (214) 210-2100
F: (469) 399-1070
E: kserrano@foresterhaynie.com
*Admitted pro hac vice

Colton Schneider, ISBN 10928
CRAIG SWAPP & ASSOCIATES
3071 E. Franklin Road, Ste. 302
Meridian, ID 83642
T: (208) 331-0167
F: (208) 375-2005
E: colton.schneider@craigswapp.com

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **KAYLEE HIEBERT,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**2 BITS PIZZA LLC** and **CHAD BITTNER,**<br><br>Defendants. | Case No. 1:21-cv-00492-DCN<br><br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

Named Plaintiff Kaylee Hiebert, individually and on behalf of all others similarly situated ("Plaintiff" or "Plaintiffs"), moves the Court for final approval of the Parties' class and collective action settlement. A copy of the Parties' agreed-upon Settlement and Release Agreement ("Settlement Agreement") and the Class Notice and Claim Form have previously been filed under seal pursuant to the Court's May 17, 2022 Order Granting Defendants' Unopposed Motion to Seal

Documents (Dkt. No. 14). The Motion and brief are attached along with a declaration of attorney J. Forester in further support of this Settlement Agreement and a declaration and status report from the Third-Party Administrator as Exhibits to this Motion. The settlement meets the standards for approval of a class and collective action settlement and this Motion should be approved.

        Respectfully submitted,

        */s/ Katherine Serrano*
        Katherine Serrano*
        **FORESTER HAYNIE PLLC**
        400 N. St. Paul St., Ste. 700
        Dallas, Texas 75201
        T: (214) 210-2100
        F: (469) 399-1070
        kserrano@foresterhaynie.com
        *\*Admitted pro hac vice*

        Colton Schneider, ISBN 10928
        **CRAIG SWAPP & ASSOCIATES**
        3071 E. Franklin Road, Ste. 302
        Meridian, ID 83642
        T: (208) 331-0167
        F: (208) 375-2005
        colton.schneider@craigswapp.com

        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of records via the Court's Electronic Filing System.

        */s/ Katherine Serrano*
        Katherine Serrano

3

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Defense counsel and, pursuant to the terms of the Parties' Settlement Agreement, was advised that Defendants do not oppose the relief requested herein.

/s/ <i>Katherine Serrano</i><br>
Katherine Serrano